NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Joshua R. Mandell
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 South Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309
(213) 622-5555
(213) 620-8816
ATTORNEYS FOR: Defendant One West Bank, FSB

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAIME JUSTO, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV09-01116 JVS (AGRx) |
| v. | |
| INDYMAC BANCORP, INC., et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s). | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for One West Bank, FSB (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| One West Bank, FSB | Defendant; One West Bank, FSB is a federally chartered insured savings bank owned by One West Bank Group, LLC which is privately owned. No publically owned corporation holds 10% or more of the interests in One West Bank Group, LLC. |
| Jaime Justo | Plaintiff |
| Manuel Vallecillos | Plaintiff |
| Francisco Dongo | Plaintiff |

Date   December 18, 2009

/s/ Joshua R. Mandell
Sign
Joshua R. Mandell, Attorney for One West Bank, FSB