Name and address
JAIME JUSTO
11 Lawnridge Circle
Dove Canyon, CA 92679
T: 949-554-5634
F: 949-459-2341
justojd1@yahoo.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JUSTO, MANUEL VALLECILLOS, FRANCISCO DONGO, ET AL<br><br>Plaintiff(s)<br>v.<br><br>INDYMAC BANCORP, INC., ET AL<br><br>Defendant(s). | CASE NUMBER<br><br>SACV09-1116 JVS (AGRx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

__JAIME JUSTO__  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __JAIME JUSTO__
*New Attorney*
as attorney of record in place and stead of __ANDRADE & ASSOCIATES, APLC__
*Present Attorney*

Dated __March 9, 2010__

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated __March 9, 2010__

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____

*Signature of New Attorney*

*State Bar Number*

If party requesting to appear Pro Se:

Dated __March 9, 2010__

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY