JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. MCCLENDON (State Bar No. 184669)
rjm@severson.com
JON D. IVES (State Bar No. 230582)
jdi@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
SAXON MORTGAGE SERVICES, INC. and THE BANK OF NEW YORK, AS TRUSTEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JUSTO, MANUEL VALLECILLOS, FRANCISCO DONGO, individually, as Class Representatives, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC BANCORP, INC., a Delaware corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; ONE WEST BANK, formerly BANKS Federal Bank, form unknown, AURORA LOAN SERVICES, INC., a Delaware corporation, THE BANK OF NEW YORK, as Successor Indenture Trustee under NovaStar Mortgage, form unknown, SAXON MORTGAGE SERVICES, INC., a Texas corporation; DAVID OWEN, individually; KEVIN R. MCCARTHY, individually; THOMAS J. HOLTHUS, individually; and, DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: SACV09-1116 JVS (AGRx)<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS SAXON MORTGAGE SERVICES, INC. AND THE BANK OF NEW YORK, AS TRUSTEE, WITH PREJUDICE**<br><br>**[FED. R. CIV. P., RULE 41(A)]** |

12015/0001/794892.1                                                             STIPULATION FOR DISMISSAL

1       Plaintiffs Jaime Justo, Manuel Vallecillos, and Francisco Dongo ("Plaintiffs") and Defendants Saxon Mortgage Services, Inc. and The Bank of New York, as Trustee (collectively, "Defendants") stipulate as follows:

2.     Plaintiffs filed this putative class action against Defendants alleging various claims with respect to foreclosure activity.

3.     On February 19, 2010, the Court issued an order granting Defendants' motions to dismiss with leave to amend as to plaintiffs' fraud and negligent misrepresentation claims and without leave to amend as to all other claims. Following this ruling, Plaintiffs no longer wish to pursue their claims against Defendants and have agreed to dismiss their claims against Defendants with prejudice. No consideration, other than a waiver of attorneys' fees and costs, is being provided by Defendants for this dismissal.

4.     The Court has not certified any class in this case, and no class certification motion has been filed.

5.     The dismissal of this case will not preclude putative class members' claims, if any. Defendants deny they have violated any applicable law with respect to Plaintiffs or any member of the putative class alleged by Plaintiffs.

6.     Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this putative class action because it only applies to certified classes, and no class has been certified in this matter. No notice is required to putative class members under Rule 23(e) since, as explained above, the settlement and dismissal does not bind them in any way.

/ / /
/ / /
/ / /
/ / /

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs agree that the complaint shall be dismissed as to Defendants Saxon Mortgage Services, Inc. and The Bank of New York, as Trustee <u>only</u>, with prejudice with respect to the claims by Plaintiffs individually and without prejudice as to the claims by the putative, uncertified class.

IT IS SO STIPULATED.

DATED: March 19, 2010

SEVERSON & WERSON
A Professional Corporation

By: /s/ *Regina J. McClendon*
Regina J. McClendon

Attorneys for Defendants
SAXON MORTGAGE SERVICES, INC. and THE BANK OF NEW YORK, AS TRUSTEE

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ *Regina J. McClendon*
Regina J. McClendon

DATED: March 19, 2010

ANDRADE & ASSOCIATES

By: /s/ *Richard Andrade*
Richard Andrade

Attorneys for Plaintiffs
MANUEL VALLECILLOS and FRANCISCO DONGO

DATED: March 19, 2010

/s/ *Jaime Justo*
Jaime Justo

Plaintiff in Pro Per

- 3 -
12015/0001/794892.1                                    STIPULATION FOR DISMISSAL