McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JAIME JUSTO, MANUEL VALLECILLOS, FRANCISCO DONGO, individually as Class Representatives, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC BANCORP, INC., et al.<br><br>Defendants. | Case No. SACV09-1116 JVS (AGRx)<br><br>**JUDGMENT OF DISMISSAL WITH PREJDICE** |

On June 24, 2010, the Court granted David Owen, Kevin R. McCarthy, Thomas J. Holthus, William A. Deridder, and Quality Loan Service Corporation's Motion to Dismiss Plaintiff's Third Amended Complaint. The Court also granted Defendant Dawn Piscopo's Motion to Dismiss. The Court gave Plaintiff thirty (30) days to amend the causes of action for fraud and negligent misrepresentation against these Defendants. Plaintiff has failed to do so.

/ / / /

/ / / /

/ / / /

/ / / /

1  As Plaintiff has failed to amend the complaint within the time allowed by the Court, and for the reasons explained in the Court's Order granting Defendants' Motions to Dismiss [doc. no. 105], the Court hereby DISMISSES all claims against Defendants WITH PREJUDICE.

IT IS SO ORDERED.

Dated: August 04, 2010            By: _____
                                      Hon. James V. Selna
                                      Judge of United States District Court

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810